IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : : : : : | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>SHORT FORM COMPLAINT FOR |
| This Document Relates to: | : : | PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |
| Steven Ward | | |

DIRECT FILED COMPLAINT PURSUANT TO PRETRIAL ORDER # 28

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.     DEFENDANTS**

1. Plaintiff(s) name(s) the following Defendants in this action:

    __X__  Koninklijke Philips N.V.

    __X__  Philips North America LLC.

    __X__  Philips RS North America LLC.

1

     __X__    Philips Holding USA Inc.

     __X__    Philips RS North America Holding Corporation.

     __X__    Polymer Technologies, Inc.

     __X__    Polymer Molded Products LLC.

**II.  PLAINTIFF(S)**

2. Name of Plaintiff(s):

> Steven Ward

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

> 

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> 

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> California

### III. DESIGNATED FORUM

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> Eastern District of California

### IV. USE OF A RECALLED DEVICE

7. Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ *E30 (Emergency Use Authorization)* | ☐ *Dorma 500* |
| ☐ *DreamStation ASV* | ☐ *REMstar SE Auto* |
| ☐ *DreamStation ST, AVAPS* | ☐ *Trilogy 100* |
| ☐ *SystemOne ASV4* | ☐ *Trilogy 200* |
| ☐ *C-Series ASV* | ☐ *Garbin Plus, Aeris, LifeVent* |
| ☐ *C-Series S/T and AVAPS* | ☐ *A-Series BiPAP Hybrid A30 (not marketed in U.S.)* |
| ☐ *OmniLab Advanced +* | ☐ *A-Series BiPAP V30 Auto* |
| ☐ *SystemOne (Q-Series)* | ☐ *A-Series BiPAP A40* |
| ☒ *DreamStation* | ☐ *A-Series BiPAP A30* |
| ☐ *DreamStation Go* | ☐ *Other Philips Respironics Device*; if other, identify the model: _____ |
| ☐ *Dorma 400* | |

### V. INJURIES

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☒ Asthma (new or worsening)

☒ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

☐ Cancer _____ (specify cancer)

3

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☐ Other (specify) _____

**VI.  CAUSES OF ACTION/DAMAGES**

9. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __X__ | Count II: | Strict Liability: Design Defect |
| __X__ | Count III: | Negligent Design |
| __X__ | Count IV: | Strict Liability: Failure to Warn |
| __X__ | Count V: | Negligent Failure to Warn |
| __X__ | Count VI: | Negligent Recall |
| __X__ | Count VII: | Battery |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| __X__ | Count IX: | Negligent Manufacturing |
| __X__ | Count X: | Breach of Express Warranty |
| __X__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| __X__ | Count XII: | Breach of the Implied Warranty of Usability |
| __X__ | Count XIII: | Fraud |
| __X__ | Count XIV: | Negligent Misrepresentation |
| __X__ | Count XV: | Negligence Per Se |

  __X__  Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  __X__  Count XVII:  Unjust Enrichment

  __X__  Count XVIII: Loss of Consortium

  _____  Count XIX:   Survivorship and Wrongful Death

  __X__  Count XX:    Medical Monitoring

  __X__  Count XXI:   Punitive Damages

  _____  Count XXII:  Other [specify below]

[ ]

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  __X__  Count I:     Negligence

  __X__  Count II:    Strict Liability: Design Defect

  __X__  Count III:   Negligent Design

  __X__  Count IV:   Strict Liability: Failure to Warn

  __X__  Count V:    Negligent Failure to Warn

  __X__  Count VI:   Negligent Recall

  __X__  Count VII:  Battery

  __X__  Count VIII: Strict Liability: Manufacturing Defect

  __X__  Count IX:   Negligent Manufacturing

  __X__  Count X:    Breach of Express Warranty

  __X__  Count XI:   Breach of the Implied Warranty of Merchantability

  __X__   Count XII:   Breach of the Implied Warranty of Usability

  __X__   Count XIII:  Fraud

  __X__   Count XIV:  Negligent Misrepresentation

  __X__   Count XV:   Negligence Per Se

  __X__   Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  __X__   Count XVII:  Unjust Enrichment

  __X__   Count XVIII: Loss of Consortium

  _____  Count XIX:  Survivorship and Wrongful Death

  __X__   Count XX:   Medical Monitoring

  __X__   Count XXI:  Punitive Damages

  _____  Count XXII:  Other [specify below]

 

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  __X__   Count I:    Negligence

  __X__   Count II:   Strict Liability: Design Defect

  __X__   Count III:  Negligent Design

  __X__   Count IV:  Strict Liability: Failure to Warn

  __X__   Count V:   Negligent Failure to Warn

  __X__   Count VI:  Negligent Recall

  __X__   Count VII:  Battery

  __X__   Count VIII:   Strict Liability: Manufacturing Defect

  __X__   Count IX:   Negligent Manufacturing

  __X__   Count X:   Breach of Express Warranty

  __X__   Count XI:   Breach of the Implied Warranty of Merchantability

  __X__   Count XII:   Breach of the Implied Warranty of Usability

  __X__   Count XIII:   Fraud

  __X__   Count XIV:   Negligent Misrepresentation

  __X__   Count XV:   Negligence Per Se

  __X__   Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  __X__   Count XVII:   Unjust Enrichment

  __X__   Count XVIII:   Loss of Consortium

  _____   Count XIX:   Survivorship and Wrongful Death

  __X__   Count XX:   Medical Monitoring

  __X__   Count XXI:   Punitive Damages

  _____   Count XXII:   Other [specify below]

```
┌─────────────────────────────────────────────────────┐
│                                                     │
│                                                     │
│                                                     │
└─────────────────────────────────────────────────────┘
```

12.   As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

      __X__   Count I:   Negligence

      __X__   Count II:   Strict Liability: Design Defect

      __X__   Count III:   Negligent Design

   __X__   Count IV:     Strict Liability: Failure to Warn

   __X__   Count V:      Negligent Failure to Warn

   __X__   Count VI:     Negligent Recall

   __X__   Count VII:    Battery

   __X__   Count VIII:   Strict Liability: Manufacturing Defect

   __X__   Count IX:     Negligent Manufacturing

   __X__   Count X:      Breach of Express Warranty

   __X__   Count XI:     Breach of the Implied Warranty of Merchantability

   __X__   Count XII:    Breach of the Implied Warranty of Usability

   __X__   Count XIII:   Fraud

   __X__   Count XIV:   Negligent Misrepresentation

   __X__   Count XV:    Negligence Per Se

   __X__   Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__   Count XVII:  Unjust Enrichment

   __X__   Count XVIII: Loss of Consortium

   _____   Count XIX:   Survivorship and Wrongful Death

   __X__   Count XX:    Medical Monitoring

   __X__   Count XXI:   Punitive Damages

   _____   Count XXII:  Other [specify below]

```
┌─────────────────────────────────────────────────────┐
│                                                     │
│                                                     │
│                                                     │
└─────────────────────────────────────────────────────┘
```

13.    As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __X__ | Count II: | Strict Liability: Design Defect |
| __X__ | Count III: | Negligent Design |
| __X__ | Count IV: | Strict Liability: Failure to Warn |
| __X__ | Count V: | Negligent Failure to Warn |
| __X__ | Count VI: | Negligent Recall |
| __X__ | Count VII: | Battery |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| __X__ | Count IX: | Negligent Manufacturing |
| __X__ | Count X: | Breach of Express Warranty |
| __X__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| __X__ | Count XII: | Breach of the Implied Warranty of Usability |
| __X__ | Count XIII: | Fraud |
| __X__ | Count XIV: | Negligent Misrepresentation |
| __X__ | Count XV: | Negligence Per Se |
| __X__ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| __X__ | Count XVII: | Unjust Enrichment |
| __X__ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| __X__ | Count XX: | Medical Monitoring |
| __X__ | Count XXI: | Punitive Damages |

9

_____   Count XXII:   Other [specify below]

|  |
|--|
|  |

13. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__   Count I:        Negligence

__X__   Count II:       Strict Liability: Design Defect

__X__   Count III:      Negligent Design

__X__   Count IV:       Strict Liability: Failure to Warn

__X__   Count V:        Negligent Failure to Warn

__X__   Count VIII:     Strict Liability: Manufacturing Defect

__X__   Count IX:       Negligent Manufacturing

__X__   Count XIII:     Fraud

__X__   Count XIV:      Negligent Misrepresentation

__X__   Count XVII:     Unjust Enrichment

__X__   Count XVIII:    Loss of Consortium

_____   Count XIX:      Survivorship and Wrongful Death

__X__   Count XX:       Medical Monitoring

__X__   Count XXI:      Punitive Damages

_____   Count XXII:     Other [specify below]

|  |
|--|
|  |

14. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __X__ | Count II: | Strict Liability: Design Defect |
| __X__ | Count III: | Negligent Design |
| __X__ | Count IV: | Strict Liability: Failure to Warn |
| __X__ | Count V: | Negligent Failure to Warn |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| __X__ | Count IX: | Negligent Manufacturing |
| __X__ | Count XIII: | Fraud |
| __X__ | Count XIV: | Negligent Misrepresentation |
| __X__ | Count XVII: | Unjust Enrichment |
| __X__ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| __X__ | Count XX: | Medical Monitoring |
| __X__ | Count XXI: | Punitive Damages |
| _____ | Count XXII: | Other [specify below] |

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

16. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

17. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: __February 6, 2023_____

/s/ Michael D. McLachlan
Michael D. McLachlan
McLACHLAN LAW, APC
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA 90254
mike@mclachlan-law.com
*Attorney for Plaintiff Steven Ward*
(310) 954-8270

12